JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS L. CASEY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. EDCV 12-2131 RNB<br><br>**J U D G M E N T** |

　　In accordance with the Order Affirming Decision of Commissioner filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: November 25, 2013

　　　　　　　　　　　　　　　　　　　_/s/ Robert N. Block_
　　　　　　　　　　　　　　　　　　　ROBERT N. BLOCK
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE